UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24777-CV-WILLIAMS

CRAIG VANNESS,

    Plaintiff,

v.

ALBERT J. KELLEY, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 7) ("***Report***") on Plaintiff Craig Vanness' Motion for Leave to Proceed *in forma pauperis* (DE 4). Because Mr. Vanness seeks to proceed *in forma pauperis*, the screening provisions of 28 U.S.C. § 1915(e) are applicable. In the Report, Judge Goodman recommends that Plaintiff's Complaint be dismissed without prejudice and without leave to amend. (DE 7 at 1.) Specifically, Judge Goodman finds that Plaintiff's Complaint "should be dismissed for failure to state a claim" and that "any amendment would be futile." (*Id.* at 7, 8.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 7) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff Craig Vanness' Complaint is **DISMISSED WITHOUT**

    **PREJUDICE**.[1]

  3. Plaintiff Craig Vanness' Motion for Leave to Proceed *in forma pauperis* (DE 4) is **DENIED AS MOOT**.

  4. This case is **CLOSED**. All hearings and deadlines are **CANCELED**.

  **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>2nd</u> day of January, 2025.

                _____
                KATHLEEN M. WILLIAMS
                UNITED STATES DISTRICT JUDGE

Copies furnished to:

**Craig Vanness**
5537 College Rd
Key West, FL 33040

---

[1] To the extent that any claims are barred solely by *Younger* abstention at this time, such claims may be renewed once the state court proceedings conclude.